UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SCF ARIZONA, | : |
| Plaintiff, | : 09-CV-9513 (WHP) |
| vs. | : **ECF CASE** |
| WELLS FARGO BANK, N.A., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE
EXPERT REPORT OF PROFESSOR R. GLENN HUBBARD**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law with annexed documents, plaintiff SCF Arizona, by its undersigned counsel, will move this Court *in limine*, before the Hon. William H. Pauley III, at the United States Courthouse, 500 Pearl Street, Room 1620, New York, New York, 10007-1312, on such date and time as soon hereafter as the Court may direct, for an Order pursuant to Rules 104(a), 401, 403 and 702 of the Federal Rules of Evidence, excluding the expert opinions of Professor R. Glenn Hubbard and precluding Dr. Hubbard from testifying at trial.

Date:  New York, New York
       March 23, 2012

                                        Respectfully submitted,

                                        BUTZEL LONG, a professional corporation

                                        By: /s/ Martin E. Karlinsky
                                            Martin E. Karlinsky, Esq. (MK 1639)
                                            A Member of the Firm
                                        380 Madison Avenue
                                        New York, New York 10017
                                        (212) 818-1110
                                        karlinsky@butzel.com

        William D. Sheldon, Esq. (Admitted *Pro Hac Vice*)
        SCF Arizona
        3030 North Third Street
        Phoenix, AZ 85012
        (602) 631-2123
        bsheldon@scfaz.com

        Attorneys for Plaintiff SCF Arizona

To:    REED SMITH LLP
        Mary J. Hackett, Esq. (MH 4207)
        Attorneys for Defendant
        Wachovia Bank, N.A.
        Reed Smith Centre
        225 Fifth Avenue
        Pittsburgh, PA 15222-2716
        (412) 288-3250

        599 Lexington Avenue
        22nd Floor
        New York, NY 10022
        (212) 521-5400
        mhackett@reedsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Martin E. Karlinsky
Martin E. Karlinsky, Esq. (MK 1639)